**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEXIS RICHARDSON, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**L'OREAL USA, INC.,**<br><br>**Defendant.** | **Civil Action No. 13-508 (JDB)** |

**ORDER**

Before the Court is [17] plaintiffs' motion for conditional class certification for the purposes of settlement and motion for final approval of the class settlement. On June 27, 2013, this Court entered an Order preliminarily approving the settlement and preliminarily certifying the settlement class. [ECF No. 14]. Several class members objected. [ECF Nos. 19, 21, 23]. The fairness hearing was held on October 11, 2013, at which time the Court heard argument from the parties and from one of the objectors. Upon consideration of the briefs, the fairness hearing, applicable law, the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [17] plaintiffs' motion for certification of the proposed settlement class is **DENIED**; it is further

**ORDERED** that [17] plaintiffs' motion for final approval of the proposed settlement is **DENIED**; it is further

**ORDERED** that [18] plaintiffs' motion for attorney's fees is **DENIED** as moot; and it is further

**ORDERED** that a status conference in this matter is scheduled for December 6, 2013 at 11:45 am.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: November 6, 2013