## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXIS RICHARDSON, JAY SANDLER, LUBNA PESHIMAM, TRACEY ANN BERTRAND, MOLLIE KRENGEL, and NANCIE LIGON, Individually and on Behalf of All Others Similarly Situated,<br><br>   *Plaintiffs*,<br><br> v.<br><br>L'ORÉAL USA, INC.,<br><br>   *Defendant*. | Case No. 13-CV-00508-JDB<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**WHEREAS** the parties to this action have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for all parties that this Action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**SO ORDERED:**

March ___, 2014

                        _____
                         The Hon. John D. Bates

Dated: March 18, 2014

| | |
|---|---|
| HALUNEN & ASSOCIATES<br><br>By: _____<br>Melissa W. Wolchansky<br><br>80 South 8th Street, Suite 1650<br>Minneapolis, MN 55402<br>Telephone: (612) 260-5383<br>Fax: (612) 605-4099<br>Email: wolchansky@halunenlaw.com | PATTERSON BELKNAP WEBB &<br>TYLER LLP<br><br>By: _____<br>Frederick B. Warder III<br><br>133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Fax: (212) 336-2222<br>Email: fwarder@pbwt.com<br><br>*Attorneys for Defendant L'Oréal USA, Inc.* |
| THE MEHDI FIRM<br><br>By: _____<br>Azra Z. Mehdi<br><br>One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>Telephone: (415) 293-8039<br>azram@themehdifirm.com<br><br>*Attorneys for Plaintiffs* | |